UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In the Matter of Application of
JILLYNNE ZELLER,

                           Applicant,

-For an Order-

To Compel AVISTA CAPITAL
HOLDINGS, L.P. to Produce Documents,

                           Respondent.

23-MC-93 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    On May 12, 2023, the Court issued an order to compel documents in an action pending in the United States District Court for the Western District of Michigan.  (ECF No. 9.)  On September 25, 2023, parties jointly submitted a status report updating the Court on the resolution of discovery disputes, in which they stated that the parties "believe[d] they have found a path to resolve these issues."  (ECF No. 18.)  Since that status letter a year ago, the Court has had no further updates from either party.

    The parties are directed to jointly notify the Court whether they intend to request further action.  If the parties fail to file a letter concerning the status of the case by October 14, 2024, this miscellaneous case will be dismissed.

    SO ORDERED.

Dated: September 24, 2024
       New York, New York

                                                  _____
                                                     J. PAUL OETKEN
                                                   United States District Judge